Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Mark T. Dinsmore and David J. Caruso v. _____

No. 2013-1637

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Mark T. Dinsmore and David J. Caruso, as assignors to Thermo Noton Analyzers LLC
                                   Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Orlando Lopez |
| Law firm: | Burns & Levinson LLP |
| Address: | 125 Summer St. |
| City, State and ZIP: | Boston, MA |
| Telephone: | 617-345-3243 |
| Fax #: | 617-345-3299 |
| E-mail address: | olopez@burnslev.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 18, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Sept 23, 2013                                    /s/ signature
Date                                             Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

I, Orlando Lopez, do hereby certify that this Entry of Appearance is being served via First Class Mail mail,, at the following address on September 23, 2013.

>Office of the Solicitor
>U.S. Patent and Trademark Office
>Mail Stop 8
>P.O. Box 1450
>Alexandria, VA 22313-1450

_____
Orlando Lopez
Reg. No. 46,880
Massachussetts State Bar No. 66,2306

BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

4813-0182-4278.1